**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re

**William Ray Poe**
**Maria E Moraes**

Case No.

**VERIFICATION OF MASTER ADDRESS LIST**

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:　　**January 4, 2023**　　　　　　　　　　**/s/ William Ray Poe**
　　　　　　　　　　　　　　　　　　　　　　　　　Debtor's Signature

DATED:　　**January 4, 2023**　　　　　　　　　　**/s/ Maria E Moraes**
　　　　　　　　　　　　　　　　　　　　　　　　　Joint Debtor's (if any) Signature

**Submit this form and your Master Address List to one of the following addresses:**

| Sacramento Division | Modesto Division | Fresno Division |
|---|---|---|
| 501 I Street, Suite 3-200 | Mailing Address: | 2500 Tulare Street, Suite 2501 |
| Sacramento, CA 95814 | 501 I Street, Suite 3-200 | Fresno, CA 93721 |
| | Sacramento, CA 95814 | |
| | Physical Address: | |
| | 1200 I Street, Suite 4 | |
| | Modesto, CA 95354 | |

EDC 2-100　(Rev. 6/20/17)

William Ray Poe and Maria E Moraes

AT&T

PO Box 10330

Fort Wayne, IN 46851-0330

Capital One

Attn: Bnakruptcy

P.O. Box 30285

Salt Lake City, UT 84130

Credit One Bank

Po Box 98872

Las Vegas, NV 89193

Credit One Bank

Attn: Bankruptcy Department

Po Box 98873

Las Vegas, NV 89193

Elan Financial Services

P.O. Box 790408

Saint Louis, MO 63179-0408

Freedom Mortgage Corporation

Attn: Bankruptcy

907 Pleasant Valley Ave, Ste 3

Mt Laurel, NJ 08054

Home Depot

PO Box 9001010

Louisville, KY 40290-1010

Hunt & Henriques

Attorneys at Law

151 Bernal Road, Suite 8

San Jose, CA 95119-1306