**UST−100**    Appointment of Interim Trustee and Notice of Selection (v.7.15)      USBC,EDCA

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

## APPOINTMENT OF INTERIM TRUSTEE AND NOTICE OF SELECTION

| In re | | Case Number |
|---|---|---|
| William Ray Poe    Maria E Moraes | Debtor(s). | 23−20021 − C − 7 |

Geoffrey Richards is hereby appointed Interim Trustee of the above−named Debtor's(s') estate and Trustee if creditors fail to elect a Trustee as provided by the Bankruptcy Code. The Interim Trustee has filed a blanket bond pursuant to Federal Rule of Bankruptcy Procedure 2010(a).

If the Interim Trustee does not notify the Office of the United States Trustee and the Court in writing of rejection of the office within seven days after receipt of notice of selection, the Interim Trustee shall be deemed to have accepted the office.

Dated: 1/4/23

Office of the United States Trustee
Region 17 −− Sacramento Office

Tracy Hope Davis
United States Trustee

Gregory S. Powell
Assistant United States Trustee