United States Bankruptcy Court
Eastern District of California

In re:                                         Case No. 23-20021-C
William Ray Poe                      Chapter 7
Maria E Moraes
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0972-2                        User: admin                                    Page 1 of 1
Date Rcvd: Jan 05, 2023                 Form ID: L127                               Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol        Definition**
\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Ray Poe, Maria E Moraes, 6499 Toadtown, Magalia, CA 95954-9785 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: nikki@nfarrislaw.com | Jan 06 2023 00:51:00 | Nikki Farris, 2607 Forest Ave., Ste. 120, Chico, CA 95928-4394 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2023                             Signature:          /s/Gustava Winters

FORM L127
Notice of Requirement to File a Certification of Completion of Course in Personal Financial Management (Official Form 23) (v.2.21)

23–20021 – C – 7

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



**NOTICE OF REQUIREMENT TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE (Official Form 423)**

**Case Number:** 23–20021 – C – 7

**Debtor Name(s) and Address(es):**

William Ray Poe
6499 Toadtown
Magalia, CA 95954

Maria E Moraes
6499 Toadtown
Magalia, CA 95954

11 U.S.C. §727 requires that in order to be eligible for discharge, each individual debtor in a chapter 7 case must complete an instructional course in personal financial management taken after the petition is filed. This course is in addition to the credit counseling that is required prior to the case being filed with the bankruptcy court. A list of approved training agencies is available online at http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm.

**NOTICE IS HEREBY GIVEN THAT** you must submit your Financial Management Course Certificate or Official Form 423 (Certification About a Financial Management Course) to the court at the address shown above. You must file this document with the court no later than 60 days after the first date set for the meeting of creditors under Bankruptcy Code §341(a) in a chapter 7 case. If you do not file this document with the court within 60 days after the first date set for the meeting of creditors, the court will close your case without discharge when it is otherwise ready to close.

Once your case has been closed, you will not be able to receive a discharge without filing a motion to reopen the case and paying a reopening fee, which is currently $260.00 for a chapter 7 case.

**Official Form 423 is printed on the reverse of this notice for your convenience.** It is also available under "Official Forms" on the Forms and Publications page of the court's web site (www.caeb.uscourts.gov).

Dated: 1/5/23

Wayne Blackwelder
Clerk of Court

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **William Ray Poe** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Maria E Moraes** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court | **Eastern District of California** | | |
| Case number: | **23–20021** | | |

<u>Official Form 423</u>　　　　　　　　　　　　　　　　　　　　　　　　　　　　12/15

## Certification About a Financial Management Course

If you are an individual, you must take an approved course about personal financial management if:

- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) applies.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that you plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

### Part 1:　Tell the Court About the Required Course

*You must check one:*

☐ **I completed an approved course in personal financial management:**

　　Date I took the course　　　　　_____
　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　Name of approved provider　　　_____

　　Certificate number　　　　　　_____

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

　　☐ Incapacity.　　I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

　　☐ Disability.　　My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

　　☐ Active duty.　　I am currently on active military duty in a military combat zone.

　　☐ Residence.　　I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2:　Sign Here

I certify that the information I have provided is true and correct.

_____　　_____　　Date _____
Signature of debtor named on certificate　　　Printed name of debtor　　　　　　　　　　　MM / DD / YYYY

Official Form 423　　　　　　　　　Certification About a Financial Management Course