Certificate Number: 16339-CAE-DE-037100091

Bankruptcy Case Number: 23-20021



16339-CAE-DE-037100091

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 11, 2023</u>, at <u>3:19</u> o'clock <u>PM EST</u>, <u>Maria Moraes</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of California</u>.

Date:   <u>January 11, 2023</u>             By:   <u>/s/Kelley Tipton</u>

Name:  <u>Kelley Tipton</u>

Title:   <u>Certified Financial Counselor</u>