FORM L53 Notice to File Proof of Claim Due to Possible Recovery of Assets (v.13.0 – 07/14/2022)     23–20021 – C – 7

# UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE TO FILE PROOF OF CLAIM DUE TO POSSIBLE RECOVERY OF ASSETS

**Case Number:** 23–20021 – C – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

| | |
|---|---|
| William Ray Poe | Maria E Moraes |
| xxx–xx–3673 | xxx–xx–8148 |
| 6499 Toadtown | 6499 Toadtown |
| Magalia, CA 95954 | Magalia, CA 95954 |

**Deadline to File a Proof of Claim:**

Proof of Claim must be received by the Bankruptcy Clerk's Office by **6/7/23**

**NOTICE IS HEREBY GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. The trustee has now notified the court that payment of a dividend appears possible.

Creditors who wish to share in any possible distribution of funds must file a Proof of Claim with the Clerk of the Bankruptcy Court on or before 6/7/23 unless otherwise provided by statute or rule. Claims that are not filed by the date indicated above might not be paid. Any creditor who has already filed a Proof of Claim in this case need not file another.

To File a Proof of Claim:

- Creditors who do not have a CM/ECF login and password, may use the Electronic Proof of Claim Program on our website. A Proof of Claim form will be automatically created from the data you enter. Supplemental documentation to the claim may be attached; however, please do not attach any additional Proof of Claim forms. Instructions can be found on our website under "Information for Creditors."
- Creditors who have a CM/ECF login and password, should use CM/ECF to file a Proof of Claim in PDF format.
- Creditors who wish to print a Proof of Claim form and file it with the Clerk at the address shown above or through the mail, can find Official Form 410 Proof of Claim form at our website under "Information for Creditors" or may obtain it at any bankruptcy clerk's office. To receive an endorsed copy of your Proof of Claim when you file it with the Clerk at the address shown above, please provide the original Proof of Claim form and a photocopy. If you are filing your Proof of Claim form through the mail, enclose a photocopy along with your original Proof of Claim form and a stamped, self–addressed envelope.

There is no fee for filing a Proof of Claim.

| | |
|---|---|
| Dated:<br>3/9/23 | For the Court,<br>Wayne Blackwelder , Clerk |