United States Bankruptcy Court
Eastern District of California

In re:     Case No. 23-20021-C
William Ray Poe     Chapter 7
Maria E Moraes
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0972-2     User: auto     Page 1 of 2
Date Rcvd: Mar 09, 2023     Form ID: L53     Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Ray Poe, Maria E Moraes, 6499 Toadtown, Magalia, CA 95954-9785 |
| 23500644 | | Hunt Henriques, Attorneys at Law, 151 Bernal Road Suite 8, San Jose CA 95119-1306 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | EDI: BNBFARRIS | Mar 10 2023 05:14:00 | Nikki Farris, 2607 Forest Ave., Ste. 120, Chico, CA 95928-4394 |
| tr | + | EDI: QGRICHARDS.COM | Mar 10 2023 05:14:00 | Geoffrey Richards, PO Box 579, Orinda, CA 94563-0554 |
| smg | | EDI: EDD.COM | Mar 10 2023 05:14:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| 23500637 | | EDI: CINGMIDLAND.COM | Mar 10 2023 05:14:00 | AT T, PO Box 10330, Fort Wayne IN 46851-0330 |
| 23500638 | + | EDI: CAPITALONE.COM | Mar 10 2023 05:14:00 | Capital One, Attn Bnakruptcy, P O Box 30285, Salt Lake City UT 84130-0285 |
| 23524029 | + | Email/Text: bankruptcy@cavps.com | Mar 10 2023 00:24:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 23500640 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 10 2023 00:26:36 | Credit One Bank, Attn Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 23500639 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 10 2023 00:26:36 | Credit One Bank, Po Box 98872, Las Vegas NV 89193-8872 |
| 23500642 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 10 2023 00:24:00 | Freedom Mortgage Corporation, Attn Bankruptcy, 907 Pleasant Valley Ave Ste 3, Mt Laurel NJ 08054-1210 |
| 23500643 | | EDI: CITICORP.COM | Mar 10 2023 05:14:00 | Home Depot, PO Box 9001010, Louisville KY 40290-1010 |
| 23500641 | | EDI: USBANKARS.COM | Mar 10 2023 05:14:00 | Elan Financial Services, P O Box 790408, Saint Louis MO 63179-0408 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

Filed 03/11/23 Case 23-20021 Doc 14

| | | |
|---|---|---|
| District/off: 0972-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 09, 2023 | Form ID: L53 | Total Noticed: 13 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023      Signature:      /s/Gustava Winters

| FORM L53 Notice to File Proof of Claim Due to Possible Recovery of Assets (v.13.0 – 07/14/2022) | 23–20021 – C – 7 |
|---|---|

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE TO FILE PROOF OF CLAIM DUE TO POSSIBLE RECOVERY OF ASSETS

**Case Number:** 23–20021 – C – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

William Ray Poe
xxx–xx–3673

6499 Toadtown
Magalia, CA 95954

Maria E Moraes
xxx–xx–8148

6499 Toadtown
Magalia, CA 95954

**Deadline to File a Proof of Claim:**

Proof of Claim must be received by the Bankruptcy Clerk's Office by **6/7/23**

**NOTICE IS HEREBY GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. The trustee has now notified the court that payment of a dividend appears possible.

Creditors who wish to share in any possible distribution of funds must file a Proof of Claim with the Clerk of the Bankruptcy Court on or before 6/7/23 unless otherwise provided by statute or rule. Claims that are not filed by the date indicated above might not be paid. Any creditor who has already filed a Proof of Claim in this case need not file another.

To File a Proof of Claim:

- Creditors who do not have a CM/ECF login and password, may use the Electronic Proof of Claim Program on our website. A Proof of Claim form will be automatically created from the data you enter. Supplemental documentation to the claim may be attached; however, please do not attach any additional Proof of Claim forms. Instructions can be found on our website under "Information for Creditors."
- Creditors who have a CM/ECF login and password, should use CM/ECF to file a Proof of Claim in PDF format.
- Creditors who wish to print a Proof of Claim form and file it with the Clerk at the address shown above or through the mail, can find Official Form 410 Proof of Claim form at our website under "Information for Creditors" or may obtain it at any bankruptcy clerk's office. To receive an endorsed copy of your Proof of Claim when you file it with the Clerk at the address shown above, please provide the original Proof of Claim form and a photocopy. If you are filing your Proof of Claim form through the mail, enclose a photocopy along with your original Proof of Claim form and a stamped, self–addressed envelope.

There is no fee for filing a Proof of Claim.

Dated:
3/9/23

For the Court,
Wayne Blackwelder , Clerk