2
GEOFFREY RICHARDS
TRUSTEE IN BANKRUPTCY
P.O. BOX 579
ORINDA, CA 94563
(916) 288-8365
GRTrustee@Pacbell.net

Chapter 7 Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.  23-20021-C-7 |
| WILLIAM RAY POE<br>MARIA E. MORAES | DC No.: GMR-1 |
| | **APPLICATION FOR AUTHORITY TO EMPLOY GABRIELSON & COMPANY AS ACCOUNTANT FOR TRUSTEE AND ESTATE** |
| Debtors. | **(No Hearing Required)** |

TO HONORABLE CHRISTOPHER M. KLEIN, UNITED STATES BANKRUPTCY JUDGE:

The Application of Geoffrey Richards respectively alleges:

1.   Applicant is the duly appointed, qualified and acting trustee of the estate of the above named debtor which is proceeding under Chapter 7.

2.   To perform his services as trustee, your applicant require services of a certified public accountant to perform tax and accounting services on behalf of the estate including:

(a)   Prepare all necessary estate income tax returns for the estate and represent the trustee and the estate with the federal, state and local tax authorities;

3.   It is in the best interest of this estate and the economical administration thereof, that applicant be authorized to employ Gabrielson & Company as accountant for the estate.

4.   Gabrielson & Company are duly licensed, certified public accountants authorized to practice in the jurisdiction of the above court.  Gabrielson & Company have special experience and qualifications in bankruptcy accounting and tax services.

5.   Neither Gabrielson & Company nor any of its members or employees has any connection to the debtors, creditors, any other parties of interest, their respective attorneys or accountants, the United States Trustee, or any person employed by the office of U.S. Trustee.

6.   Neither Gabrielson & Company nor any of its members or employees is a creditor or insider of the debtors or holds any interest adverse to the debtors.

7.   The normal hourly billing rate of Gabrielson & Company for professional bankruptcy accounting and tax services at this time is as follows:

- Michael Gabrielson, Principal          $425.00

It is contemplated that the accountant will seek compensation for services based upon normal and usual hourly billing rates.  It is further contemplated that said accountant may seek interim compensation as permitted by 11 U.S.C. Section 331.

8.   As it appears from applicant's Declaration applicant and associates do not hold or represent any interest adverse to the estate and accountant is a disinterested person within the meaning of 11 U.S.C. Section 101(14).

9.   WHEREFORE, your applicant prays that he be authorized to employ Gabrielson & Company as accountant for the estate to render the tax and accounting services described in the foregoing Application with compensation to be paid as an administrative expense in such amounts as this court may hereafter determine and allow.

Dated:  March 17, 2023

_____
      /s/   Geoffrey Richards
      GEOFFREY RICHARDS, TRUSTEE

APPLICATION TO EMPLOY ACCOUNTANT