Geoffrey Richards
Chapter 7 Bankruptcy Trustee
P.O. Box 579
Orinda, California  94563
Telephone: (916) 288-8365
GRTrustee@pacbell.net

Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>WILLIAM RAY POE<br>MARIA E. MORAES<br><br>　　　　　　Debtors. | No:  23-20021-C-7<br><br>DC No.: GMR-1<br><br>**No Hearing Scheduled** |

# NOTICE OF APPLICATION FOR AUTHORITY TO EMPLOY GABRIELSON AND COMPANY AS ACCOUNTANT FOR CHAPTER 7 TRUSTEE

　　　　PLEASE TAKE NOTICE that Chapter 7 Trustee Geoffrey Richards is applying to the Court for an order approving Gabrielson & Company to serve as his accountant in this case.

　　　　If you wish to oppose this application, you must do both of the following by no later than **March 31, 2023**: (i) file an objection or request for hearing with the Court and (ii) serve it on the Trustee at the above address. If there are no timely written objections or hearing requests, the Court may approve the application without hearing or argument.

Signed: March 17, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Geoffrey Richards
　　　　　　　　　　　　　　　　　　　　　　　　　　GEOFFREY RICHARDS, TRUSTEE

1