2

BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
2150 River Plaza Drive, Suite 140
Sacramento, California 95833

Telephone: (916) 442-9002
Facsimile: (916) 442-9003

Attorneys for Chapter 7 Trustee
Geoffrey Richards

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In re: | ) CASE NO. 22-20021-C-7 |
|---|---|
| WILLIAM RAY POE and<br>MARIA E. MORAES,<br><br>                              Debtors.<br>_____ | ) D.C. NO BHS-2<br>)<br>) **ORDER APPROVING VERIFIED APPLICATION BY CHAPTER 7 TRUSTEE FOR EMPLOYMENT OF SPECIAL COUNSEL** |

An Application to employ Special Counsel for the Chapter 7 Trustee pursuant to 11 U.S.C. section 327 has been made. Based upon the Application, the record, and the verified statement required by Federal Rule of Bankruptcy Procedure 2014(a), it appears that the proposed attorney is eligible to be employed.

IT IS ORDERED that the Trustee is authorized to retain Wisner Baum fka Baum, Hedlund, Aristei & Goldman PC; Robert F. Kennedy, Jr., Kennedy & Madonna LLP; Strange LLP; Nix Patterson LLP and Crowley Norman LLP, subject to the following reasonable terms and conditions:

1. No compensation is permitted except upon court order following application pursuant to 11 U.S.C. § 330(a).

2. Compensation will be pursuant to the Attorney Employment Contract, which calls for a contingent fee arrangement 25% of the gross recovery, plus costs of pursuing the claim.

3. All funds received by counsel in connection with this matter, regardless of whether they are denominated a retainer or are said to be nonrefundable, are deemed to be an advance payment of fees and to be property of the estate except to the extent that counsel demonstrates, pursuant to the statement required by 11 U.S.C. section 329 filed before ten days after issuance of this order, that such funds were received as the reasonable value of actual prepetition services.

4. Funds that are deemed to constitute an advance payment of fees shall be maintained in a trust account maintained in an authorized depository, which account may be either a separate interest-bearing account or an attorney's trust account containing commingled funds. Withdrawals are permitted only after approval of an application after the court issues an order authorizing disbursement of a specific amount.

Dated: April 12, 2023

_____
United States Bankruptcy Judge